No. 07–50726

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 11, 2008.

Martin Moreno Ruiz, Chaparral, NM, pro se.

Before KING, DAVIS and CLEMENT, Circuit Judges.

PER CURIAM: *

Martin Moreno Ruiz, alien detainee # A28–486–148, appeals the district court's dismissal of his complaint against various elected officials and employees of the City of Juarez and the State of Chihuahua, Mexico. Aside from conclusional allegations that his complaint was filed under the Alien Tort Claims Act, the Universal Declaration of Human Rights, the United Nations Charter, and Article VI of the United States Constitution, Ruiz does not address the district court's determination that it lacked subject matter jurisdiction over his claims and personal jurisdiction over the defendants. Ruiz's attempt to incorporate by reference the arguments set forth in his notice of appeal is an insufficient means of raising those arguments in this court. *See Yohey v. Collins,* 985 F.2d 222, 224–25 (5th Cir.1993). Therefore, Ruiz has abandoned any challenge to the district court's dismissal of his complaint by failing to raise the issues in his brief. *See Brinkmann v. Dallas County Deputy Sheriff Abner,* 813 F.2d 744, 748 (5th Cir.1987). Accordingly, the district court's judgment is AFFIRMED. Ruiz's motions for a temporary restraining order (stay of deportation), a transfer or relocation to another facility, a picture of the district court judge, and newspaper reports concerning the appellants are DENIED.

Varry Edwards ANDERSON; Martha Rush; Lillie Edwards; Calvin Beasley; Bobby Banks, Jr.; Edgar Douglas; Rosietta Growdy; Lyndell Henderson; Danny Henderson; Georgia Jenkins; Margaret Anderson; David Anderson, Plaintiffs—Appellants

v.

GENERAL MOTORS ACCEPTANCE CORPORATION; General Motors Corporation; Yazoo Motor Company; Herrin–Gear Chevrolet Company Inc.; All Star Motors; Greenville Auto Mall Inc.; Yazoo Motors; Rogers Usury Chevrolet; Robert Olson; Claude Potter; Richard Voss; Derek Wright; Unknown Defendants, "A", "B", and "C", whether singular or plural, those other persons, corporations, firms or other entities whose wrongful conduct caused the injuries and damages to the plaintiff, all of whose true and correct names, are unknown; Blackwell Chevrolet Co., Defendants—Appellees.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 07–60288.

United States Court of Appeals,
Fifth Circuit.

March 11, 2008.

Suzanne Griggins Keys, Byrd & Associates, Jackson, MS, for Plaintiffs–Appellants.

Peter N. Cubita, Weil, Gotshal & Manges, New York, NY, Marshall Turner Bell, Weil, Gotshal & Manges, Washington, DC, Katharine M. Samson, Watkins, Ludlam, Winter & Stennis, Gulfport, MS, for Defendants–Appellees General Motors Acceptance Corporation and General Motors Corp.

Marc E. Brand, Jackson, MS, for Defendant–Appellee Yazoo Motor Co.

Brenda B. Bethany, Daniel, Coker, Horton & Bell, Jackson, MS, for Defendant–Appellee Herrin–Gear Chevrolet Co. Inc.

Leann Walber Nealey, Richard M. Dye, Butler, Snow, O'Mara, Stevens & Cannada, Jackson, MS, for Defendant–Appellee Blackwell Chevrolet Co.

Jeffrey Lee Ingram, Galese & Ingram, Birmingham, AL, for Defendant–Appellee All Star Motors.

Craig Lawson Slay, Adams & Edens, Brandon, MS, for Defendant–Appellee Rogers Usury Chevrolet.

Before JOLLY, BARKSDALE, and BENAVIDES, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

SUN'S MOTORCAR GROUP LLC;
Tielin Sun, Plaintiffs—
Appellees,

v.

QRS AUTO GROUP INC.; Shao Guang He, also known as David Ho; Guangzhou Kaisi Investment Co. Ltd., also known as Guangzhoushi Kaisi Touzi Youxian Gongsi, Defendants—Appellants.

No. 07–20353
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 11, 2008.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.